# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

**RECEIVED BY MAIL APR 1 8 2006**

**U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS**

April 13, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule A of Order)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Mecca S. Carter
Mecca S. Carter
Deputy Clerk

Enclosures/Attachment

cc: Transferee Judge: Judge Jack B. Weinstein
Transferor Judges: (See Attached List of Judges)
Transferor Clerks: James Woodward; Patricia L. Brune

JPML Form 29

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 3 2006

DOCKET NO. 1596

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

*BEFORE WM. TERRELL HODGES,* CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

## ORDER OF TRANSFER AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

Before the Panel are motions brought, respectively, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in 21 of the Eastern District of Missouri actions and the Western District of Missouri action listed on Schedule A.[1] These plaintiffs move the Panel to vacate its orders conditionally transferring the actions to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Also before the Panel are motions brought by defendant Janssen, L.P. f/k/a Janssen Pharmaceutica, Inc. (Janssen) to vacate the Panel's orders insofar as they relate to claims concerning the prescription medication Risperdal in the 23 Eastern District of Missouri actions listed on Schedule A. Similarly, defendant AstraZeneca Pharmaceuticals, LLP (AstraZeneca) moves to vacate the Panel's order insofar as it relates to claims concerning the prescription medication Seroquel in the Western District of Missouri action. Specifically, Janssen and AstraZeneca ask the Panel to separate and simultaneously remand the claims against them to the respective transferor courts at the time of transfer. Two physician defendants also request Section 1407 remand of the claims against them in one Eastern District of Missouri action[2] and the Western District of Missouri action, respectively. Defendant Eli Lilly and Co. (Lilly) opposes the motions to vacate brought by plaintiffs and urges inclusion of the actions in the MDL-1596 proceedings; however, Lilly supports separation and remand under Section 1407 of the claims against the other pharmaceutical defendants.

On the basis of the papers filed and hearing session held, the Panel finds that all 24 actions encompassed by the various overlapping motions involve common questions of fact with the actions in this litigation previously transferred to the Eastern District of New York, and that transfer of these

---

* Judge Hodges took no part in the decision of this matter.

[1] Plaintiffs did not include two Eastern District of Missouri actions listed on Schedule A – *Carole Holden v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2121 and *Erin Martin v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2190 – in their motions.

[2] *Andrea Hanks v. Eli Lilly & Co., et al.*, E.D. Missouri, C.A. No. 4:05-2144.

actions to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of these actions is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Eastern District of New York was a proper Section 1407 forum for actions involving claims of liability related to the prescription drug Zyprexa. *See In re Zyprexa Products Liability Litigation*, 314 F.Supp.2d 1380 (J.P.M.L. 2004). Motions for remand to state court, along with any other pretrial motions, can be presented to and decided by the transferee court. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

The objecting physician defendants argue, inter alia, that the presence of individual questions of fact should militate against inclusion of the claims against them in the MDL-1596 proceedings. We are unpersuaded by this argument. Inclusion of the claims against the defendant doctors pertaining to Zyprexa in the MDL-1596 proceedings has the salutary effect of placing all related claims in this docket before a single judge who can formulate a pretrial program that: 1) prevents repetition of previously considered matters; and 2) allows pretrial proceedings with respect to any individual issues to proceed concurrently with pretrial proceedings on common issues. *See, e.g., In re Ephedra Products Liability Litigation*, 314 F.Supp.2d 1373, 1375 (J.P.M.L. 2004). It may be, on further refinement of the issues and close scrutiny by the transferee judge, that some claims or actions can be remanded to their transferor districts for trial in advance of the other actions in the transferee district. Whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38. The Panel is persuaded, however, that claims involving prescription drugs other than Zyprexa do not share sufficient questions of fact with claims relating to Zyprexa to warrant inclusion of the former claims in MDL-1596 proceedings.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the 24 actions listed on Schedule A are transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Jack B. Weinstein for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

IT IS FURTHER ORDERED that claims relating to prescription medications other than Zyprexa are simultaneously separated and remanded to i) the Western District of Missouri in *Antoinette Harper v. James True, M.D., et al.*, W.D. Missouri, C.A. No. 4:05-1255; and ii) to the Eastern District of Missouri in the remaining 23 actions listed on Schedule A.

FOR THE PANEL:

John F. Keenan
Acting Chairman

# SCHEDULE A

MDL-1596 -- In re Zyprexa Products Liability Litigation

### Eastern District of Missouri

*Vivek Agarwal v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1935 JCH
*Gloria Benson v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2016 SNL
*David Prince v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2086 CDP
*Robert Clark v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2119 SNL
*Earl Cain, Jr. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2120 JCH
*Carole Holden v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2121 SNL
*Anthony Howard, etc. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2122 CDP
*Mary Hunter v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2123 JCH
*James V. West, Jr. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2124 CDP
*Michael Johnson v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2138 HEA
*Andrea Hanks v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2144 JCH
*Anastasia M. Martin v. Eli Lilly & Co., et al.*, C.A. No. 4:05-2150 DJS
*James Sage, etc. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2152 HEA
*Joyce Saunders v. Dr. Linda Hughes, et al.*, C.A. No. 4:05-2154 SNL
*David Michael Deruyter v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2155 CAS
*Kyle Rolfingsmeyer v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2156 SNL
*Laura Hurst v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2181 CEJ
*Joyce Lehar v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2182 JCH
*C.M., etc. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2183 CAS
*Erin Martin v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2190 HEA
*Tina Robinson v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2199 JCH
*Magdalena Maurice v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2293 CAS
*Peggy Bledsoe, etc. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-2330 ERW

### Western District of Missouri

*Antoinette Harper v. James True, M.D., et al.*, W.D. Missouri, C.A. No. 4:05-1255

# INVOLVED COUNSEL LIST
# DOCKET NO. 1596
# IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

James R. Cantalin
Carmody MacDonald, P.C.
120 South Central Avenue
Suite 1800
St. Louis, MO 63105

Mariam A. Decker
Oliver Walker & Wilson, LLC
401 Locust Street
Suite 406
P.O. Box 977
Columbia, MO 65201

Steven J. Ellison
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL 60603

Kenneth T. Fibich
Fibich, Hampton & Leebron, LLP
1401 McKinney
Suite 1800
Houston, TX 77010

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Todd S. Hageman
Simon & Passanante, P.C.
701 Market Street
Suite 1450
St. Louis, MO 63101

Thomas J. Hayek
Behr & McCarter
7777 Bonhomme Avenue
Suite 1810
St. Louis, MO 63105

Jennifer S. Kingston
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Lawrence Joseph Logback
Holbrook & Osborn, P.A.
7400 West 110th Street
Commerce Plaza
Suite 600
Overland Park, KS 66210

Brian R. Plegge
Moser & Marsalek
200 N. Broadway
Suite 700
St. Louis, MO 63102

Jeffrey P. Ray
Office of the United States Attorney
400 E. 9th Street
Room 5510
Kansas City, MO 64106

Andrew Bruce See
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Jon A. Strongman
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Kara T. Stubbs
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108

# INVOLVED JUDGES LIST
# DOCKET NO. 1596
# IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Audrey G. Fleissig
U.S Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
Suite 3300
111 South 10th Street
St. Louis, MO 63102-9958

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. Sarah W. Hays
U.S. Magistrate Judge
6672 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Mary Ann L. Medler
U.S. Magistrate Judge
U.S. District Court
13S Thomas F. Eagleton U.S. Courthouse
St. Louis, MO 63102-1116

Hon. David D. Noce
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

OFFICIAL BUSINESS



Hasler

0161H6502830

Mailed From 04/13/2006
$00.630
Mailed From 20002
US POSTAGE

James G. Woodward, Clerk
3.300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

RECEIVED BY MAIL
APR 18 2006
U S DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS